UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JESSE L. MOREHEAD** | **CIVIL ACTION NO. 22-0108** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **UNIDENTIFIED OFFICER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jesse L. Morehead's claim that he was "run over by an ambulance" is **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;
>
> b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;
>
> c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and
>
> d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

MONROE, LOUISIANA, this 11th day of April 2022.

                                                                                                   _____
                                                                                                   TERRY A. DOUGHTY
                                                                                                   UNITED STATES DISTRICT JUDGE